IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRIAN T. COLLUM, | ) | 8:12CV17 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| PAYPAL, and KELLIE CAIN, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motions to Reassign Case (filing nos. 25 and 26) and Plaintiff's Amended Motion to Amend Motion to Reassign and Reopen Case (filing no. 27). The court dismissed this matter and entered Judgment against Plaintiff on May 16, 2012.[1] (Filing Nos. 18 and 19.)

Liberally construed, Plaintiff seeks relief from the court's Judgment pursuant to Fed. R. Civ. Pro. 60(b)(6). (Filing No. 27.) Rule 60(b)(6) "grants federal courts broad authority to relieve a party from a final judgment 'upon such terms as are just,' provided that the motion is made within a reasonable time and is not premised on one of the grounds for relief enumerated in clauses (b)(1) through (b)(5)." *Liljeberg v. Health Serv. Acquisition Corp.*, 486 U.S. 847, 863 (1988). However "[r]elief is available under Rule 60(b)(6) only where exceptional circumstances have denied the moving party a full and fair opportunity to litigate his claim and have prevented the moving party from receiving adequate redress." *Harley v. Zoesch*, 413 F.3d 866, 871 (8th Cir. 2005).

---

[1] The court has also previously denied two Motions to Reopen filed by Plaintiff in this matter. (*See* Filing Nos. 22 and 24.)

The court has carefully reviewed Plaintiff's Motions. Plaintiff has not set forth any "exceptional circumstances" that prevented him from fully litigating his claims or receiving adequate redress. Accordingly, Plaintiff's Motions are denied.[2]

IT IS THEREFORE ORDERED that Plaintiff's Motions to Reassign Case (filing nos. 25 and 26) and Plaintiff's Amended Motion to Amend Motion to Reassign Case (filing no. 27) are denied.

DATED this 27th day of August, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

[2] Plaintiff states that he wants his case to be reviewed by a new judge. (Filing No. 27.) To the extent that Plaintiff is asking the court to reassign this case, his motion is also denied.

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.